# Exhibit A

# The Washington Post

1301 K STREET N. W.
WASHINGTON, D.C. 20071-7403
(202) 334-6000

March 23, 2017

Freedom of Information Act Officer
Office of Privacy, Records and Disclosures
Special Inspector General for Afghanistan Reconstruction (SIGAR)
2530 Crystal Drive
Arlington, VA 22202-3940

Dear FOIA Officer,

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, for access to and copies of the following records:

All transcripts and audio recordings of interviews conducted for SIGAR's Lessons Learned Program. Upon information and belief, SIGAR's Lessons Learned Program has conducted and transcribed interviews with more than 300 international experts, academics, think-tank experts, employees with non-governmental organizations, Afghan officials, NATO officials, United Nations officials, other foreign officials, and current and former U.S. civilian and military officials at the National Security Council, intelligence agencies, USAID, and the Departments of Defense, State, Treasury and Justice.

Some of the interview transcripts and recordings being sought by this request are cited in a public "Lessons Learned" report published by SIGAR in September 2016 ("Corruption in Conflict: Lessons from the U.S. Experience in Afghanistan," currently available on SIGAR's website: https://www.sigar.mil/pdf/lessonslearned/SIGAR-16-58-LL.pdf).

The Methodology from the "Corruption in Conflict" report states that the Lessons Learned research team interviewed "more than 80 individuals" for that particular report. I am seeking the full transcripts and complete audio recordings for all of those interviews, as well as for all other individuals interviewed for the broader "Lessons Learned" program – more than 300 interviews in all.

Many of the interviews were conducted and labeled as on the record. The endnotes in the "Corruption in Conflict" report identify many interviewees by name, e.g., "Ryan Crocker, SIGAR interview, January 11, 2016." Other interviewees are identified only by their job description, such as "Former senior DOD advisor, SIGAR interview, October 22, 2015." To clarify, I am seeking the full, unedited transcripts and complete audio recordings of ***all*** interviews conducted for the Lessons Learned program, regardless of whether they are labeled as "on the record," or if the interviewee was granted anonymity, or if they were cited in a particular report or not.

If you regard any of these records as exempt from disclosure under the Act, I hereby request that you exercise your discretion to disclose them (unless otherwise prohibited from doing so). If you deny this request in whole or in part, I ask that you justify all deletions by reference to specific exemptions of the Act, and that you provide all non-exempt portions that are reasonably segregable.

I further request that you disclose the listed documents, as they become available to you, without waiting until all the documents have been assembled.

**I further request expedited processing of this request** for records. As a journalist for The Washington Post, I am assigned full-time to cover national security and am primarily engaged in disseminating information to our worldwide readership. Further, the records I am seeking are urgently needed in order to inform the public concerning government activity, specifically regarding assessments of U.S. policy in Afghanistan since 2001.

The unvarnished views and assessments of current and former U.S. officials – as well as the many other experts and officials interviewed as part of SIGAR's Lessons Learned program – could have a profound impact on shaping the new Trump Administration's policies regarding the war in Afghanistan. Since January, U.S. military officials have announced that they will ask the White House to send more U.S. troops to Afghanstan – reversing a gradual drawdown imposed by the Obama administration. A decision on troop deployments and whether the Trump administration will adopt profound changes in U.S. policy for Afghanistan is expected in the coming weeks. A delay in releasing records of interviews from SIGAR's Lessons Learned Program could undermine public confidence not only in the U.S. government's policy toward counterterrorism and Afghanistan, but also in the whole premise of SIGAR's Lessons Learned Program.

For purposes of FOIA fee assessments, I request that you waive all fees in the public interest. The furnishing of the information sought by this request is likely to contribute significantly to public understanding of the operations or activities of government because it will result in a news article in The Washington Post. The information being sought is not primarily in the commercial interest of the requester. If you decline to waive all fees, I am prepared to pay your normal fees for news media requesters. Please notify me if you expect the processing fees to exceed $100.

If I can answer any questions or be of further assistance, please do not hesitate to contact me at 202-334-6826 (office) or by email at craig.whitlock@washpost.com.

Sincerely yours,

Craig Whitlock
Staff writer