**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>*Plaintiff*,<br><br>v.<br><br>SPECIAL INSPECTOR GENERAL FOR<br>AFGHANISTAN RECONSTRUCTION,<br><br>*Defendant*. | Civil Action No. 1:18-cv-2622-ABJ |

**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS AND COMPETING PROPOSED SCHEDULES**

On January 18, 2019, this Court granted Defendant's motion for a stay of the deadline to file its dispositive motion or production schedule. As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice through February 15, 2019, and the Department has now resumed its usual civil litigation functions. Despite their good-faith efforts, the parties were unable to agree on a new date for the filing of the Defendant's dispositive motion or production schedule.

**Defendant's Position**

Plaintiff's FOIA request seeks records that touch on sensitive law enforcement matters and sensitive national security and diplomatic matters. Defendant cannot complete production of the requested records until other government entities have completed their review process. Among the entities that must review the documents are the Drug Enforcement Agency and the Department of State.

Unfortunately, the lapse of appropriations has impacted Defendant's ability to develop a production schedule because those two entities were unfunded during the lapse of appropriations and were generally prohibited from processing FOIA requests. Defendant cannot offer a production schedule at this time because those entities have been unable to provide updated estimates of when they will complete their own review of the records. Defendant therefore respectfully requests until February 11, 2019 to file its dispositive motion or production schedule. Defendant notes that extending the time to file its production schedule will not delay the production itself; Defendant only wants to ensure that it is presenting a production schedule based on the most accurate and complete information.

## Plaintiff's Position

Plaintiff WP Company LLC d/b/a *The Washington Post* ("the *Post*") does not consent to further extending the deadline for SIGAR to file a production schedule or dispositive motion beyond the current deadline of February 1, 2019 – *i.e.*, seven days after funding was restored to the Department of Justice. The *Post* submitted the FOIA request at issue nearly two years ago, on March 23, 2017. Compl. ¶ 18 & Ex. A, Dkt. 1. The *Post* asked SIGAR to provide "a concrete, even if estimated, timetable" for producing the remaining records responsive to that FOIA request just over nine months ago, on April 17, 2018. *Id.* ¶ 34 & Ex. F. And the *Post* filed this action on November 14, 2018 – five weeks before the partial government shutdown began and nine weeks before SIGAR moved for a stay in light of that shutdown. SIGAR's Motion for a Stay of the Deadline to File Dispositive Motion or Production Schedule in Light of Lapse of Appropriations ¶ 1, Dkt. 10. SIGAR therefore has had ample time to comply with this Court's February 1, 2019 deadline.

Dated: January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8613
Fax: (202) 616-8470
Email: michael.knapp@usdoj.gov

*Counsel for Defendant*