## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| WP COMPANY LLC | ) |
| d/b/a THE WASHINGTON POST, | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | )   Civil Action No. 1:18-cv-2622-ABJ |
|  | ) |
| SPECIAL INSPECTOR GENERAL FOR | ) |
| AFGHANISTAN RECONSTRUCTION, | ) |
|  | ) |
| *Defendant.* | ) |

_____

### DEFENDANT'S STATUS REPORT SETTING FORTH SCHEDULE OF PRODUCTION

Defendant Special Inspector General for Afghanistan Reconstruction (SIGAR), through undersigned counsel, submits this status report setting forth the schedule according to which it intends to complete its production of documents to Plaintiff WP Company, LLC.  *See* Order of Jan. 29, 2019.

1.      Plaintiff initiated this Freedom of Information Act ("FOIA") lawsuit against Defendant on November 14, 2018.  Compl., ECF No. 1.  The complaint relates to Plaintiff's 2017 request that SIGAR produce "[a]ll transcripts and audio recordings of interviews conducted for SIGAR's Lessons Learned Program."  Compl. ¶ 18.  Defendant answered the Complaint on December 17, 2018.  Answer, ECF No. 9.

2.      In February 2018, SIGAR explained to Plaintiff that it did not have "an audio recording or transcript" for most of the interviews it had conducted.  Compl. ¶ 23.  SIGAR inquired whether Plaintiff also intended to request the notes taken by the interviewing analyst during any interviews.  *Id.* ¶ 26.  Plaintiff indicated it did and asked SIGAR to consider the broadened request

as "a clarified or amended FOIA request."  Compl. Ex. E at 1, ECF No. 1-5 at 2.  SIGAR accordingly began processing and producing records at that time.

3.      SIGAR has completed its search and located all records responsive to Plaintiff's request.  SIGAR has identified 452 records (28 transcripts, 17 audio recordings, and 407 "records of interview" analyst notes (ROIs)) consisting of a combined 1,962 pages and 1,095 minutes.  SIGAR began producing redacted copies of these records in February 2018.  To date, SIGAR has produced to Plaintiff 26 of 28 transcripts, 7 of 17 audio recordings, and 237 of 407 ROIs.[1]

4.      Many of the responsive records, due to the subject matter of the FOIA request, contain information that is classified, touches on national security and diplomatic matters exempt from release by statute or is otherwise required to be withheld by statute, is inter- or intra-agency material subject to a litigation privilege, implicates individual's privacy interests, or is law enforcement sensitive.  Accordingly, SIGAR is and has been coordinating with several other federal agencies to complete the government's review of the remaining records to determine whether any portions are exempt from disclosure under FOIA and should be redacted before release.

5.      Based on the volume of records each agency must review and those agencies' respective estimates of when they will complete the reviews—in some cases an external agency's review advises that a third agency also needs to review the materials—SIGAR has determined that production of documents to Plaintiff will require four rolling productions, the first of which will

---

[1] SIGAR is a relatively small agency independent of the Department of Defense.  It employs a total of fewer than 200 employees and its general counsel's office—which is tasked with processing FOIA requests, in addition to its other duties—consists of only five people: the general counsel, the deputy general counsel, an investigative counsel, an ethics counsel, and a law clerk.

occur on March 11, 2019, with subsequent productions at four-week intervals on April 8, 2019; May 6, 2019; and June 3, 2019.  Although SIGAR will strive to complete production as quickly as possible, SIGAR does not believe the substantially truncated schedule proposed by Plaintiff below is plausible given both the complexity of the information at issue and the dynamic scope of interagency review.

6.    Defendant conferred with Plaintiff concerning this schedule.  Plaintiff requested that Defendant include the following statement:

Plaintiff WP Company LLC d/b/a *The Washington Post* ("the *Post*") does not consent to SIGAR's proposed production schedule.  Under SIGAR's proposal, the *Post* would not receive a complete set of responsive records until June 3, 2019 – *i.e.*, 112 days from the date of this filing.  In light of SIGAR's dilatory handling of the March 23, 2017 FOIA request at issue in this case, and the "justifiable frustration" it has caused, *see* Minute Order, Jan. 29, 2019, the *Post* proposes that the Court order SIGAR to make a first partial production by February 28, 2019, and complete the production of all responsive records by April 29, 2019 – *i.e.*, 60 days from the date of the first partial production.  The *Post* likewise proposes that SIGAR's production proceed on a rolling basis, but across four 15-day intervals or two 30-day intervals.

Dated: February 11, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8613
Fax: (202) 616-8470
Email: michael.knapp@usdoj.gov

*Counsel for Defendant*

4