IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>*Plaintiff*,<br><br>v.<br><br>SPECIAL INSPECTOR GENERAL FOR<br>AFGHANISTAN RECONSTRUCTION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:18-cv-2622-ABJ |

## **DEFENDANT'S STATUS REPORT**

Defendant Special Inspector General for Afghanistan Reconstruction (SIGAR), through undersigned counsel, submits this status report on its production of documents to Plaintiff WP Company, LLC.  *See* Order of Feb. 12, 2019.

1.  Plaintiff initiated this Freedom of Information Act ("FOIA") lawsuit against Defendant on November 14, 2018.  Compl., ECF No. 1.  The complaint relates to Plaintiff's 2017 request that SIGAR produce "[a]ll transcripts and audio recordings of interviews conducted for SIGAR's Lessons Learned Program."  Compl. ¶ 18.  Defendant answered the Complaint on December 17, 2018.  Answer, ECF No. 9.  On February 12, 2019, this Court entered an order requiring Defendant to "make its next production by March 11, 2019" and to "produce the remainder of the records on a rolling basis with the goal of completing the production by May 15, 2019."  Order of Feb. 12, 2019.

2.  On March 11, 2019, Defendant produced to Plaintiff 16 additional records consisting of 59 pages.  In addition, SIGAR has determined that 8 audio recordings must be

withheld in full. Consistent with the Court's February 12 order, Defendant will continue to produce records on a rolling basis with the goal of completing production by May 15, 2019.

3. As Defendant previously reported to the Court, SIGAR has completed its search and located all records responsive to Plaintiff's request. SIGAR has identified 452 records (28 transcripts, 17 audio recordings, and 407 "records of interview" analyst notes (ROIs)) consisting of a combined 1,962 pages and 1,095 minutes. SIGAR began producing redacted copies of these records in February 2018. As of today, SIGAR has processed 26 of 28 transcripts, 15 of 17 audio recordings, and 253 of 407 ROIs.

4. SIGAR has completed its own initial review of the remaining records and has continued to work with other agencies to facilitate the interagency review process. On March 8, 2019, SIGAR received 40 records consisting of 167 pages after initial interagency consultation. SIGAR is evaluating the records and preparing releasable records for production; SIGAR expects to produce them no later than **March 25, 2019**.

5. The remaining 118 records remain under review by other agencies. SIGAR believes that that review process, and SIGAR's subsequent consultation process, can be completed such that production will be complete by **May 15, 2019**.

Dated: March 12, 2019					Respectfully submitted,

							JOSEPH H. HUNT
							Assistant Attorney General

							ELIZABETH J. SHAPIRO
							Deputy Director, Federal Programs Branch

							<u>/s/ *Michael F. Knapp*</u>
							MICHAEL F. KNAPP (Cal. Bar No. 314104)
							Trial Attorney
							United States Department of Justice
							Civil Division, Federal Programs Branch
							1100 L Street NW
							Washington, DC 20005
							Phone: (202) 305-8613
							Fax: (202) 616-8470
							Email: michael.knapp@usdoj.gov

							*Counsel for Defendant*