IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>*Plaintiff*,<br><br>v.<br><br>SPECIAL INSPECTOR GENERAL FOR<br>AFGHANISTAN RECONSTRUCTION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:18-cv-2622-ABJ |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), Defendant, the Special Investigator General for Afghanistan Reconstruction ("SIGAR"), submits this Statement of Material Facts as to Which There Is No Genuine Dispute.

1. On March 24 2017, Craig Whitlock ("Whitlock") submitted a FOIA request to the Office of Privacy, Records and Disclosures of SIGAR that sought "[a]ll transcripts and audio recordings of interviews conducted for SIGAR's Lessons Learned Program [(LLP)]." Exhibit ("Exh.") A to Complaint ("Compl."), ECF No. 1-1; Exh. 1 to this Motion.

2. On April 17, 2017, SIGAR acknowledged receipt of this request.

3. On May 15, 2017, SIGAR sent Craig Whitlock a letter that it "require[d] an extension of at least 10 days to process [his] request." Exh. 2 to this Motion.

4. On May 31, 2017, SIGAR sent Craig Whitlock a letter that it "require[d] an extension of 30 days to process [his] request" and that he "ha[d] the right to appeal any adverse

determination(s) and should [he] wish to do so" to "please send [his] appeal in writing within 90 days" to a specified address. Answer, Exh. 1, ECF No. 9-1.

5. On February 2, 2018, the Special Inspector General and SIGAR senior staff met with Whitlock to discuss his FOIA request. *See* Hubbard Decl. ¶ 16.

6. On February 12, 2018, the Director of the Lessons Learned Program instructed his staff to search for records responsive to the request. *See* Hubbard Decl. ¶ 24.

7. On February 21, 2018, SIGAR produced 5 transcripts to Craig Whitlock. *See* Hubbard Decl. ¶ 28.

8. Beginning February 21, 2018, SIGAR began producing responsive records to Plaintiff on a rolling basis. *See* Hubbard Decl. ¶ 28.

9. On February 23, 2018, SIGAR informed Whitlock that it was granting his FOIA request, but that the majority of the interviews were conducted without an audio recording or transcript, and that only the interviewers' notes were available. Exh. B to Compl., ECF No. 1-2. In addition, SIGAR explained that it was prohibited by the Inspector General Act of 1978 ("IGA") from disclosing the identity of sources who wished to remain anonymous. *Id.*

10. On February 26, 2018, Whitlock responded that he was broadening his FOIA request to include "all records related to interviews conducted to SIGAR's Lessons Learned Program, including, but not limited to, transcripts, verbatim transcripts, handwritten and typed notes, records of interviews, audio recordings, video recordings, interview excerpts and interview summaries" in addition to "any spreadsheets, databases or datasets . . . that

track, list or index the interviews conducted for the Lessons Learned Program, along with any associated record layout or field descriptions." Exh. C to Compl., ECF No. 1-3.

11. On February 28, 2018, SIGAR responded by clarifying that Whitlock had initially made a more narrow FOIA request, but that it would provide him "with a list of all interviews conducted by [LLP]" and the "interview notes." Exh. D to Compl., ECF No. 1-4.

12. Prior to filing suit, SIGAR produced 227 records to Whitlock. Hubbard Decl. ¶ 29.

13. On April 17, 2018, Whitlock's lawyer sent correspondence to John Arlington, SIGAR's General Counsel, via email, raising concerns about the pace of production and SIGAR's interpretation of the IGA. Exh. F to Compl., ECF No. 1-6.

14. On August 31, 2018, Whitlock's lawyer sent correspondence to John Arlington, SIGAR's General Counsel via email and UPS, raising concerns about the pace of production and SIGAR's interpretation of the IGA. Exh. H to Compl., ECF No. 1-8.

15. At no point before filing suit, did Plaintiff file an appeal challenging the redactions made to the pre-suit records produced, in accordance with the procedures set forth on SIGAR's website.[1]

16. Plaintiff filed this lawsuit on November 14, 2018. Compl., ECF No. 1.

17. After this lawsuit was filed, SIGAR produced 234 additional records to Whitlock. *See* Hubbard Decl. ¶ 30.

---

[1] *Available at* https://www.sigar.mil/contact/foia/foia.aspx?SSR=9&SubSSR=38&Sub2SSR=25&WP=SIGAR%20FOIA%20Policy

Dated: August 16, 2019               Respectfully submitted,

                                     JOSEPH H. HUNT
                                     Assistant Attorney General

                                     ELIZABETH J. SHAPIRO
                                     Deputy Director, Federal Programs Branch

                                     /s/ *Sophie Kaiser*
                                     SOPHIE KAISER (NY Bar No. 5239751)
                                     Trial Attorney
                                     United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     1100 L Street, NW, Washington, DC 20005
                                     Phone: (202) 307-2092
                                     Fax: (202) 616-8470
                                     Email: sophie.b.kaiser@usdoj.gov

                                     *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 16, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to the following attorney of record.

                  /s/ *Sophie Kaiser*
                  SOPHIE KAISER