**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>*Plaintiff*,<br><br>v.<br><br>SPECIAL INSPECTOR GENERAL FOR<br>AFGHANISTAN RECONSTRUCTION,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:18-cv-2622-ABJ |

## NOTICE OF DELIVERY FOR *IN CAMERA*, *EX PARTE* INSPECTION

Defendant Special Inspector General for Afghanistan Reconstruction ("SIGAR") hereby provides notice that it has submitted to the Courtroom Deputy for delivery to the Court all documents containing Exemption 5 redactions for *in camera*, *ex parte* inspection.  *See* Minute Order of June 2, 2020.  As SIGAR explained in its reply memorandum in further support of its motion for summary judgment, there are a total of 50 documents containing Exemption 5 redactions.  *See* Defendant's Reply and Opposition, ECF No. 23, at 19, n.9 (noting that SIGAR misidentified some documents on its Vaughn Index as containing Exemption 5 withholdings); *see also* Hubbard Supplemental Declaration, ECF No. 24-1, ¶ 26; Updated SIGAR Vaughn Index, ECF No. 24-2, at 18-20.  Ten of the 50 documents containing Exemption 5 withholdings also contain classified information that is withheld pursuant to Exemption 1.  Pursuant to undersigned counsel's communication with the Court's Courtroom Deputy, SIGAR has redacted the classified information so that the documents are not required to be delivered via the Classified Information Security Officer and stored in a Sensitive Compartmented Information Facility.

Dated: June 8, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Sophie Kaiser*
SOPHIE KAISER (NY Bar No. 5239751)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
Phone: (202) 307-2092
Fax: (202) 616-8470
Email: sophie.b.kaiser@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to the following attorney of record.

/s/ *Sophie Kaiser*
SOPHIE KAISER